918      In re Public Service Company of New Mexico Securities Litigation

| Date | No. | Description |
|---|---|---|
| 92/01/07 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. AND PROPOSED ORDER -- filed by Robert B. Rountree for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: D. New Mexico (ds) |
| 92/01/17 | | APPEARANCES -- JOSEPH GOLDBERG, ESQ. for Jennie Farber, et al.; JILL S. ADAMS, ESQ. for Frank Bowden; MICHAEL J. AGUIRRE, ESQ. for Tomasita L. Garcia, etc. and Paula Siegel, etc.; THOMAS A. GRAVES, ESQ. for Public Service Co. of New Mexico, John Bundrant, Russell H. Stephens and E. R. Wood; ALAN KONRAD, ESQ. for James F. Jennings, Jr.; RICHARD D. YEOMANS, ESQ. for Albert J. Robison; WAYNE C. WOLF, ESQ. for H. H. Maerki; JOHN M. EAVES, ESQ. for Robert B. Rountree (ds) |
| 92/01/21 | 2 | SUPPLEMENTAL INFORMATION -- filed by movant Robert B. Rountree (ds) |
| 92/01/23 | 3 | LETTER -- filed by pltfs. Garcia and Siegel -- supplemental information and request for stay w/svc. (ds) |
| 92/01/23 | | APPEARANCE -- ROBERT G. MCCORKLE, ESQ. for Jerry D. Geist (ds) |
| 92/01/23 | 4 | REQUEST FOR EXTENSION OF TIME -- filed by defts. public Service Co. of New Mexico, John P. Bundrant, Russell A. Stephens and E.R. Wood -- EXTENSION OF TIME GRANTED to and including February 21, 1992 to ALL PARTIES. This extension will not affect the scheduling of this matter for hearing in March 1992 -- Notified involved counsel (ds) |
| 92/01/27 | | CERTIFICATE OF SERVICE -- filed by movant Rober B. Roundtree (attached to pldg. #2) (ds) |
| 92/01/27 | 5 | RESPONSE (to pldg. #1) -- filed by deft. James F. Jennings, Jr. w/cert. of svc. (ds) |
| 92/02/04 | 6 | LETTER -- Supplemental Information of defendant Robert B. Rountree to pldg. #3 w/cert. of svc. (bas) |
| 92/02/18 | 7 | SUBSEQUENT INFORMATION -- REQUEST TO STAY -- Plaintiffs A-3 Garcia and A-4 Siegel (No service) (rew) -- EXTENSION OF TIME GRANTED TO AND INCLUDING APRIL 20, 1992 TO ALL PARTIES -- Notified involved counsel (ds) |
| 92/02/19 | 8 | MOTION FOR CONTINUANCE -- filed by deft. Robert B. Rountree -- w/cert. of svc. (bas) |

JPML FORM 1A  p.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 918 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/04/17 | 9 | MOTION FOR CONTINUANCE (for 60 days or until the July, 1992 hearing) -- filed by Roubert B. Roundtree w/cert. of svc. |
| 92/04/27 | 10 | LETTER RESPONSE FOR CONTINUANCE -- filed by pltfs. tomasita L. Garcia, etc. and Paula Siegel, etc. w/cert. of svc. (ds) |
| 92/04/29 | | ORDER GRANTING EXTENSION AND VACATING THE MAY 29, 1992 HEARING -- EXTENSION OF TIME IS GRANTED TO AND INCLUDING JUNE 19, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/06/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Richmond, Virginia on July 31, 1992 -- Notified involved counsel, judges, and clerks (bas) |
| 92/07/14 | 11 | LETTER -- (Additional Information) - Signed by John M. Eaves, Esq. Counsel for Robert B. Rountree (dated July 8, 1992) -- w/copy of order and cert. of svc. (rh) |
| 92/07/15 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE JULY 31, 1992 HEARING -- (re: pldg. #11) -- Notified involved judges, counsel and clerks (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 918 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PUBLIC SERVICE COMPANY OF NEW MEXICO SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

DATE CLOSED: 7/15/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 918 -- In re Public Service Company of New Mexico Sevurities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jennie Farber, et al. v. Public Service Company of New Mexico, et al. | N.M. Burciaga | CIV-89-456 JB/WWD | | | 7/15/92 D | |
| A-2 | Frank Bowden v. Public Service Company of New Mexico, et al. | N.M. Conway | CIV-90-0340 JC | | | | motion w/D |
| A-3 | Tomasita L. Garcia, etc. v. Public Service Company of New Mexico, et al. | N.M. Conway | CIV-90-0928 JC | | | | |
| A-4 | Paula Siegel, etc. v. Public Service Company of New Mexico, et al. | Cal.,S. Keep | 91-0536 KM | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 918 -- In re Public Service Company of New Mexico Securities Litigation

======================================================================

JENNIE FARBER, ET AL. (A-1)
Joseph Goldberg, Esq.
Freedman, Boyd, Daniels, Peifer,
  Hollander, Guttmann & Goldberg
20 First Plaza, Suite 700
Albuquerque, NM  87102

FRANK BOWDEN (A-2)
Jill S. Adams, Esq.
Abbey & Ellis
212 East 39th Street
New York, NY  100162

TOMASITA L. GARCIA, ETC. (A-3)
PAULA SIEGEL, ETC. (A-4)
Michael J. Aguirre, Esq.
Aguirre & Meyer, APC
1060 Eighhth Avenue, Suite 200
San Diego, CA  92101

PUBLIC SERVICE COMPANY OF
  NEW MEXICO
JOHN BUNDRANT
RUSSELL H. STEPHENS
E. R. WOOD
Thomas A. Graves, Esq.
Figari & Davenport
4800 NationsBank Plaza
901 Main Street
Dallas, TX  75202

JAMES F. JENNINGS, JR.
Alan Konrad, Esq.
Miller, Stratvert, Torgerson
  & Schlenker, P.A.
500 Marquette, N.W., Suite 1100
Post Office Box 25687
Albuquerque, NM  87125

JERRY D. GEIST
Robert G. McCorkle, Esq.
Theresa W. Parrish, Esq.
Rodey, Dickason, Sloan, Akin
  & Robb, P.A.
Post Office Box 1888
Albuquerque, NM  87103

ALBERT J. ROBISON
Richard D. Yeomans, Esq.
Kimberly A. Schavey, Esq.
Poole, Kelly & Ramo, P.C.
Post Office Box 1769
Albuquerque, NM  87103

M. H. MAERKI
Wayne C. Wolf, Esq.
Civerolo, Hansen & Wolf, P.A.
Post Office Drawer 887
Albuquerque, NM  87103

ROBERT B. ROUNTREE
John M. Eaves, Esq.
John G. Baugh, Esq.
Eaves, Bardacke & Baugh, P.A.
6400 Uptown Blvd., N.E.
Suite 110W
Albuquerque, NM  87110

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 918 -- In re Public Service Company of New Mexico Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Public Service Company of New Mexico | A-1, A-2, A-3, A-4 |
| Jerry D. Geist | A-1, A-2, A-3, A-4 |
| John P. Bundrant | A-1, A-2, A-3, A-4 |
| Albert J. Robison | A-1, A-3, A-4 |
| M.H. Maerki | A-2, A-3, A-4 |
| Russell H. Stephens | A-3, A-4 |
| E.R. Wood | A-3, A-4 |
| Robert B. Rountree | A-3, A-4 |
| James Jennings | A-4 |
| | |
| | |