

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL I 5 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

## DOCKET NO. 918

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PUBLIC SERVICE COMPANY OF NEW MEXICO SECURITIES LITIGATION*

### *ORDER DEEMING MOTION WITHDRAWN*
### *AND*
### *VACATING THE JULY 31, 1992 HEARING*

This matter is before the Panel on motion of defendant Robert B. Rountree to centralize, pursuant to 28 U.S.C. §1407, all actions on the attached Schedule A in the District of New Mexico for coordinated or consolidated pretrial proceedings. Movant has now notified the Panel that all actions included in his motion have been settled. Movant accordingly requests that his Section 1407 motion be withdrawn.

IT IS THEREFORE ORDERED that movant's request to withdraw his Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on June 19, 1992, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

John F. Nangle
Chairman

## SCHEDULE A

*1DL-918 -- In re Public Service Company of New Mexico Securities Litigation*

### Southern District of California

*Paula Siegel, etc. v. Public Service Company of New Mexico, et al.*
  C.A. No. 91-0536 KM

### District of New Mexico

*Jennie Farber, et al. v. Public Service Company of New Mexico, et al.*
  C.A. No. CIV-89-456 JB/WWD

*Frank Bowden v. Public Service Company of New Mexico, et al.,*
  C.A. No. CIV-90-0340 JC

*Tomasita L. Garcia, etc. v. Public Service Company of New Mexico, et al.*
  C.A. No. CIV-90-0928 JC